# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JONATHAN BURGE** | **CASE NO. 3:22-CV-05706** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAQUEZ D M BLAKELY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

WHEREAS, having considered the foregoing Joint Motion Requesting a New Trial Date and to Issue a New Scheduling order [Doc. No. 10]:

**IT IS ORDERED** that the Scheduling Order [Doc. No. 8] issued on February 16, 2023, is hereby **VACATED**. The Clerk of Court is directed to issue a new Scheduling Order in due course.

**Monroe, Louisiana**, this 23rd day of August 2022.

_____
Terry A. Doughty
United States District Judge