# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TOMMY ROBINSON** | **CIVIL ACTION NO. 22-cv-6165** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SECURITAS SECURITY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 48] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Securitas Security USA, Inc.'s Motion to Dismiss for Failure to Prosecute and/or as a Discovery Sanction [Doc. No. 42] is **GRANTED** and that the case is hereby **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 19th day of August 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE